# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                                                             CASE NO. 3:04cr48LAC

JOHN SANDERS, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 11, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE
Filed by DEFENDANT PRO SE    on 1/3/2008   Doc.# 118

RESPONSES:
BY GOVERNMENT    on 1/10/08   Doc.# 119
   on   Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of January, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice. The retroactive application does not become effective until 3 March 2008.*

                                                                            *s/L.A. Collier*
                                                              *LACEY A. COLLIER*
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.