**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:04cr48LAC

JOHN SANDERS, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   February 11, 2008
Motion/Pleadings:  REQUEST FOR APPOINTED COUNSEL and REQUEST TO PROCEED WITH CONSIDERATION (Motion under 18 U.S.C. § 3582(c)(2)

Filed by  DEFENDANT PRO SE       on 2/11/08         Doc.# 123

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____
LC (1 OR 2)

*s/Mary Maloy*
Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of February 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) Counsel will not be appointed.  You may refile your motion on or after the effective date of the amendment, 3 March 2008.*

*s/L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.