# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                  CASE NO. 3:04cr48LAC

JOHN SANDERS, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    March 6, 2008
Motion/Pleadings: MOTION TO REDUCE SENTENCE PURSUANT TO TITLE 18 U.S.C. SECTION 3582(c)(2) and MOTION FOR APPOINTMENT OF COUNSEL
Filed by DEFENDANT PRO SE    on 3/5/08    Doc.# 126

RESPONSES:

                                on             Doc.#
                                on             Doc.#

___ Stipulated     ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 29th day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable for 4.8 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.