# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                         CASE NO.  3:04cr48 LAC

JOHN SANDERS, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___MAY 14, 2008___

Motion/Pleadings:  MOTION FOR RECONSIDERATION (OF ORDER DENYING MOTION FOR REDUCTION OF SENTENCE  PURSUANT TO 18 USC § 3582(c)(2) )

Filed by _DEFENDANT PRO SE_____ on 5/14/08_____ Doc.# 132

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated  _____ Joint Pldg.

_____ Unopposed  _____ Consented

                          WILLIAM M. McCOOL, CLERK OF COURT

                          *s/Mary Maloy*

_____                 

LC (1 OR 2)             Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

_____

_____

                        *s/L.A. Collier*

                        _____

                        *LACEY A. COLLIER*

                *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

Document No.