**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          Case No. 3:04cr48/LAC

JOHN SANDERS, JR.,

    Defendant.

_____/

**ORDER**

    Before the Court is Defendant's response to the show cause order issued on July 28, 2008. Defendant attests that he placed his motion for reconsideration (doc. 132) into the prison mail system on Friday, May 9, 2008. While the Court has no independent means to verify the accuracy of this assertion, the fact that the motion was docketed by the Clerk on Wednesday, May 14, 2008, does lend credence to Defendant's attestation. Accordingly, the Court finds that Defendant placed his motion for reconsideration into the prison mail system on May 9, 2008.

    As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

    **ORDERED** on this 13th day of August, 2008.

                                                      s/ *L.A. Collier*
                                                    Lacey A. Collier
                                     Senior United States District Judge