**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:04cr48-03/LAC

JOHN SANDERS, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   February 24, 2010
Motion/Pleadings: MOTION FOR RE-SENTENCING FAIRNESS IN COCAINE SENTENCING ACT THUS ADOPTING THE 1-TO-1 RATION OF CRACK TO COCAINE
Filed by DEFENDANT   on 2/01/2010   Doc.# 168

RESPONSES:
NONE   on   Doc.#
  on   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)     Deputy Clerk: Jerry Marbut

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 23rd day of March, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) Although legislation has been introduced to Congress regarding the sentencing disparity between crack-to-powder cocaine, this legislation has not been enacted by Congress, and therefore does not provide the defendant a basis for relief. The defendant's motion for reduction of sentence is DENIED as premature.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*